UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **RITA HAMILTON** | **CIVIL ACTION** |
| **VERSUS** | |
| **OFFICE OF THE REGIONAL CHIEF COUNSEL, REGION IV, SOCIAL SECURITY ADMINISTRATION, ET AL.** | **NO.: 19-000189-BAJ-RLB** |

## RULING AND ORDER

Before the Court is the United States Magistrate Judge's **Report and Recommendation (Doc. 17)** pursuant to 28 U.S.C. §636(b)(1). The Report and Recommendation addresses the Motion for Summary Judgment (Doc. 12) filed by Defendant Andrew Saul, Commissioner of the Social Security Administration, arguing for the dismissal of *pro se* Plaintiff Rita Hamilton's Complaint (Doc. 1) for the failure to commence the civil action within the limitations period established by 42 U.S.C. § 405(g). The Magistrate Judge recommended that the Court grant Defendant's Motion and dismiss all Plaintiff's claims with prejudice for failure to timely file her civil action. (Doc. 17 at p. 6).

The Report and Recommendation notified the parties that, pursuant to 28 U.S.C. §636(b)(1), they had fourteen days from the date they received the Report and Recommendation to file written objections to the proposed findings of fact, conclusions of law, and recommendations therein. No objections or responses were filed by either party.

Having carefully considered the underlying Complaint, the instant motion, and related filings, the Court approves the Magistrate Judge's Report and Recommendation, and hereby adopts its findings of fact, conclusions of law, and recommendation.

**IT IS ORDERED** that the **Magistrate Judge's Report and Recommendation (Doc. 17)** is **ADOPTED** as the Court's opinion herein.

**IT IS FURTHER ORDERED** that Defendant's Motion is **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiff's claims are **DISMISSED WITH PREJUDICE.**

Baton Rouge, Louisiana, this 30th day of April, 2020

_____
**JUDGE BRIAN A. JACKSON**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**